**RECEIVED**

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

e-filing

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

M. S. Evans Warden, Plaintiff,
vs.
Antoine Ardds, Defendant.

CASE NO. CV 08 2647 SBA (PR)

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Antoine Ardds, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ✓ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 0 _____ Net: 0 _____

Employer: Kitchen at Salinas Valley State Prison B-yard Kitchen DRW-208

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9         a.    Business, Profession or              Yes ___ No ✗
10              self employment
11        b.    Income from stocks, bonds,           Yes ___ No ✗
12              or royalties?
13        c.    Rent payments?                       Yes ___ No ✗
14        d.    Pensions, annuities, or              Yes ___ No ✗
15              life insurance payments?
16        e.    Federal or State welfare payments,   Yes ___ No ✗
17              Social Security or other govern-
18              ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                           Yes ___ No ✗
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____    Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____ No ✗

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____ No ✗

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7.    Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No ✗ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✗

_____

8.    What are your monthly expenses?

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 3 -

2006 Supp. App. 14 C p. 33

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6/6/08
DATE

SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at

                          [prisoner name]

_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____

                        _____
                        [Authorized officer of the institution]

- 5 -

2006 Supp. App. 14 C p. 35

*Certificate of funds*

```
REPORT ID: TS3030  .701                                          REPORT DATE: 04/04/08
                                                                 PAGE NO:            1
                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SALINAS VALLEY STATE PRISON
                               INMATE TRUST ACCOUNTING SYSTEM
                                INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: JAN. 01, 2008 THRU APR. 04, 2008

ACCOUNT NUMBER : P59915                         BED/CELL NUMBER: FBB2T1000000113L
ACCOUNT NAME   : ARDDS, ANTOINE                 ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION      COMMENT      CHECK NUM  DEPOSITS    WITHDRAWALS   BALANCE
----  ----  ---------------  ------------ ---------  ----------  -----------  ---------

1/01/2008   BEGINNING BALANCE                                                      0.00

4/04*VD54 INMATE PAYROL 2557 P3/08                       3.15                      3.15


                              CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE        DESCRIPTION                  COMMENT        HOLD AMOUNT
 --------    ----   ----------------------         ------------      -----------

1/16/2006    H104   DAMAGES HOLD                    1455 SHIRT           16.40
3/20/2008    H109   LEGAL POSTAGE HOLD              2452 ENVEL            1.20
4/01/2008    H109   LEGAL POSTAGE HOLD              2515LPAPER            0.60


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/28/05                         CASE NUMBER: 148150
COUNTY CODE: ALA                                 FINE AMOUNT: $   1,000.00

  DATE      TRANS.    DESCRIPTION                          TRANS. AMT.    BALANCE
 ------     ------    -----------                          -----------   ---------

1/01/2008   BEGINNING BALANCE                                             1,000.00

4/04/08     VR54      RESTITUTION DEDUCTION-SUPPORT           3.50-         996.50

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                             TRUST ACCOUNT SUMMARY
BEGINNING       TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
 BALANCE       DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
---------      --------    -----------    ----------    ----------    -------------
   0.00          3.15          0.00           3.15         18.20            0.00


                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                                 15.05-
```