FILED
08 JUN 10 PM 12:34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Antoine Ardds    Plaintiff,

vs.

State of California
M.S Evan: Warden
~~Antoine Ardds~~    Defendant.
Salinas Valley State Prison

CASE NO. _____ 08   2647

PRISONER'S
APPLICATION TO PROCEED  SBA
IN FORMA PAUPERIS

(PR)

I, Antoine Ardds, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?  Yes _X_  No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ⌀ _____   Net: ⌀ _____

Employer: Salinas Valley State Prison   Job # DRW-208
_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.  Business, Profession or                Yes ___ No X
10       self employment
11   b.  Income from stocks, bonds,             Yes ___ No X
12       or royalties?
13   c.  Rent payments?                         Yes ___ No X
14   d.  Pensions, annuities, or                Yes ___ No X
15       life insurance payments?
16   e.  Federal or State welfare payments,     Yes ___ No X
17       Social Security or other govern-
18       ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.  Are you married?                        Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 2 -

b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.  Do you own or are you buying a home?   Yes ___ No _X_

Estimated Market Value: $ _∅_   Amount of Mortgage: $ _∅_

6.  Do you own an automobile?   Yes ___ No _X_

Make __N/A__   Year __N/A__   Model __N/A__

Is it financed? Yes ___ No ___ If so, Total due: $ __N/A__

Monthly Payment: $ __N/A__

7.  Do you have a bank account?  Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: __N/A__

_____

Present balance(s):  $ __N/A__

Do you own any cash? Yes ___ No _X_  Amount: $ _∅_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.)  Yes ___ No _X_

_____

8.  What are your monthly expenses?

Rent: $ _∅_   Utilities: _∅_

Food: $ _∅_   Clothing: _∅_

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _∅_ | $ _∅_ |
| _____ | $ _∅_ | $ _∅_ |
| _____ | $ _∅_ | $ _∅_ |

1  9.  Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  ____NO_____
4  _____

5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____ No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  ____N/A_____
10 _____

11      I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13      I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.

15
16  6/3/08                          *Antoine [signature]*
17      DATE                         SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3                                                    )
4
5
6
7
8                          **CERTIFICATE OF FUNDS**
9                                     **IN**
10                         **PRISONER'S ACCOUNT**
11
12       I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _____ for the last six months
                                            [prisoner name]
14 _____ where (s)he is confined.
        [name of institution]
15       I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____              _____
                                        [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

Antoine Ardds
P-59915  B2-113
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

STATE PRISON
GENERATED MAIL

STATE PRISON
GENERATED MAIL

LEGAL MAIL ONLY

US District Court
450 Golden Gate Ave
P.O. Box 36060
San Francisco, CA
94102-9680