RE: Antoine Ardds v. State of California,
et al, Defendant.

C-08-2647-SBA

FILED JUN 24 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND

Enclose are copies of my in forma pauper an Imate Trust account statement. That you have requested a second time.
I have ask that the trust account sign and send out the completed form I gave them. I did so, on June 3rd, 2008.

NC

I would ask if you could contact the Insitution Trust office, to get the log number of my legal mail.
I am trying to meet your dead line, but, it's been out of my hands.
This Insitution mail room has been behind in mailing out mail.
I would like to thank you for the given chance to correct my mistake.

Respectfully
Antoine Ardds