E-filing

FILED
JUN 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Antoine Ardds   Plaintiff,

vs.

State of California
M.S Evan: Warden
~~[illegible]~~   Defendant.
Salinas Valley State Prison

CASE NO. 08-CV-2647-SBA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

SBA

(PR)

NC

I, Antoine Ardds, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _X_ No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: Ø                                      Net: Ø

Employer: Salinas Valley state prison   Job # DRW-208

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9    a.   Business, Profession or              Yes ___  No _X_
10         self employment
11   b.   Income from stocks, bonds,           Yes ___  No _X_
12        or royalties?
13   c.   Rent payments?                       Yes ___  No _X_
14   d.   Pensions, annuities, or              Yes ___  No _X_
15        life insurance payments?
16   e.   Federal or State welfare payments,   Yes ___  No _X_
17        Social Security or other govern-
18        ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____

23  3.    Are you married?                     Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $ _∅_____  Amount of Mortgage: $ _∅_____
9  6.  Do you own an automobile?    Yes ___ No _X_
10 Make _N/A_____  Year _N/A_____  Model _N/A_____
11 Is it financed? Yes ____ No ____ If so, Total due: $ _N/A_____
12 Monthly Payment: $ _N/A_____
13 7.  Do you have a bank account?   Yes ____ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _N/A_____
15 _____
16 Present balance(s): $ _N/A_____
17 Do you own any cash?  Yes ___ No _X_ Amount: $ _∅_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _∅_____  Utilities: _∅_____
23 Food: $ _∅_____  Clothing: _∅_____
24 Charge Accounts:
25 <u>Name of Account</u>         <u>Monthly Payment</u>      <u>Total Owed on This Acct.</u>
26 _____    $ _∅_____    $ _∅_____
27 _____    $ _∅_____    $ _∅_____
28 _____    $ _∅_____    $ _∅_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____NO_____
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ____   No _X_
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____N/A_____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  6/3/08                             /s/ Antoine Abdula
17  DATE                               SIGNATURE OF APPLICANT

18
19
20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030 .701                                          REPORT DATE: 06/17/08
                                                                PAGE NO:           1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                            SALINAS VALLEY STATE PRISON
                          INMATE TRUST ACCOUNTING SYSTEM
                           INMATE TRUST ACCOUNT STATEMENT
```



```
ACCOUNT NUMBER : P59915                    BED/CELL NUMBER: FBB2T1000000113L
ACCOUNT NAME   : ARDDS, ANTOINE            ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY

       TRAN
DATE   CODE   DESCRIPTION      COMMENT     CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----   -----------      -------     ---------   --------   -----------   -------

01/01/2008    BEGINNING BALANCE

04/04*VD54 INMATE PAYROL  2557 P3/08                      3.15                    3.15
04/14 W532 DAMAGES - PER  2619SHIRT                                    3.15       0.00
06/10*DD30 CASH DEPOSIT   3119 7796                      11.25                   11.25


                          CURRENT HOLDS IN EFFECT

   DATE      HOLD
  PLACED     CODE         DESCRIPTION              COMMENT         HOLD AMOUNT
  ------     ----         -----------              -------         -----------
04/14/2008   H104    DAMAGES HOLD                2619SHIRT            13.25
06/02/2008   H109    LEGAL POSTAGE HOLD          3036 ENVEL            0.90
06/10/2008   H109    LEGAL POSTAGE HOLD          3117 ENVEL            0.40
06/12/2008   H109    LEGAL POSTAGE HOLD          3160 LPOST            1.00
06/12/2008   H118    LEGAL COPIES HOLD           3160 LCOPY            1.00
06/13/2008   H109    LEGAL POSTAGE HOLD          3167 ENVEL            0.40


                      * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 10/28/05                      CASE NUMBER: 148150
COUNTY CODE: ALA                              FINE AMOUNT: $   1,000.00

   DATE       TRANS.    DESCRIPTION                     TRANS. AMT.    BALANCE
   ----       ------    -----------                     -----------    -------

01/01/2008    BEGINNING BALANCE                                        1,000.00

04/04/08      VR54      RESTITUTION DEDUCTION-SUPPORT      3.50-         996.50
06/10/08      DR30      REST DED-CASH DEPOSIT             12.50-         984.00
```

```
REPORT ID: TS3030   .701                                          REPORT DATE: 06/17/08
                                                                  PAGE NO:        2
                              SALINAS VALLEY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                      FOR THE PERIOD: ███████████████████████████

ACCT: P59915        ACCT NAME: ARDDS, ANTOINE                     ACCT TYPE: I

      * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
      * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

   BEGINNING        TOTAL         TOTAL         CURRENT       HOLDS          TRANSACTIONS
   BALANCE          DEPOSITS      WITHDRAWALS   BALANCE       BALANCE        TO BE POSTED
   --------------   -----------   -----------   -----------   -----------    -----------
      ████          14.40         3.15          11.25         16.95          ████


                                                                             CURRENT
                                                                             AVAILABLE
                                                                             BALANCE
                                                                             -----------
                                                                                 5.70-
```

1
2  Case Number: _____
3
4
5
6
7
8  **CERTIFICATE OF FUNDS**
9  **IN**
10  **PRISONER'S ACCOUNT**
11
12    I certify that attached hereto is a true and correct copy of the prisoner's trust account
13  statement showing transactions of _____ for the last six months
                                                  [prisoner name]
14  _____ where (s)he is confined.
          [name of institution]
15    I further certify that the average deposits each month to this prisoner's account for the
16  most recent 6-month period were $ _____ and the average balance in the prisoner's
17  account each month for the most recent 6-month period was $_____.
18
19  Dated:_____           _____
                                 [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28



Case 4:08-cv-02647-SBA   Document 7   Filed 06/24/2008   Page 8 of 8



Antoine Adds
P-59915 B2-118L
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

("Confidential"
Legal mail)

Office of the Clerk,
U.S. District Court
Northern District of California
1301 Clay St., Suite 400S
Oakland, CA 94612-5212