United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANTOINE ARDDS,

    Petitioner,

  v.

STATE OF CALIFORNIA, et al.,

    Respondents.
                                        /

No. C 08-02647 SBA (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

      Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On the same day the action was filed the Court sent a notification to Petitioner informing him that his action could not go forward until he paid the filing fee or filed a completed prisoner's in forma pauperis application. The Clerk of the Court sent Petitioner a blank in forma pauperis application and told him that he must pay the fee or return the completed application within thirty days or his action would be dismissed. Petitioner did not respond to the Clerk's notice.

      On June 16, 2008, the Court issued an Order Directing Payment of Filing Fee or Filing of In Forma Pauperis Application. The Clerk sent Petitioner another blank in forma pauperis application. The Court directed Petitioner to either pay the fee or return the completed application within thirty days or his action would be dismissed.

      On June 24, 2008, Petitioner filed another in forma pauperis application. However, more than thirty days have passed, and Petitioner has not submitted a signed certificate of funds and/or a prisoner trust account statement for the previous six months. Therefore, his in forma pauperis application is incomplete.

      Accordingly, this action is DISMISSED WITHOUT PREJUDICE. Petitioner's in forma pauperis application is DENIED as incomplete. The Clerk of the Court shall close the file.

      This Order terminates Docket no. 7.

      IT IS SO ORDERED.

DATED: 9/2/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\HC.08\Ardds2647.DISIFP.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTOINE ARDDS, | Case Number: CV08-02647 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| CALIFORNIA STATE OF et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Antoine L. Ardds P-59915
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960-1050

Dated: September 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\HC.08\Ardds2647.DISIFP.wpd          2